LEO P FLANGAS, ESQ.
Nevada Bar No. 5637
FLANGAS LAW FIRM, LTD.
600 S. Third Street
Las Vegas, Nevada 89101
Telephone:   (702) 384-1990
Facsimile:    (702) 384-1009
E-mail: leo@flangaslawfirm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NEWBRIDGE SECURITIES CORPORATION,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>SMART POWERR CORP, f/k/a CHINA RECYCLINGENERGY CORPORATION, a domestic corporation; SECURITIES TRANSFER CORPORATION; DOES I through X, inclusive; and ROE ENTITIES I through X,<br>　　　　　　Defendants. | CASE NO.:  2:23-CV-00895-JAD-JDA<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>ECF No. 17 |

　　　　Newbridge Securities Corporation ("Newbridge") brought this instant action to enforce the

Amended Judgment (Doc. 23) against Defendant Smart Powerr Corp. ("Smart Powerr") in Case

1

No. 2:22-CV-00551-JAD-VCF (hereinafter the "prior case") that Newbridge received on March 15, 2023.

## FINDINGS OF FACT

1. **THE COURT HEREBY FINDS** that Newbridge received an amendeddefault judgment against Defendant Smart Powerr Corporation (hereinafter "Smart Powerr") on March 15, 2023 in Case No. 2:22-CV-00551-JAD-VCF in the Federal Court for the District of Nevada (the "Amended Judgment").

2. **THE COURT FURTHER FINDS** that the Amended Judgment granted 71,684 shares of Smart Powerr stock (Nasdaq: CREG) and ordered such shares to be immediately transferred to Newbridge.

3. **THE COURT FURTHER FINDS** that Defendant STC is the Transfer Agent, as defined in Section 17A of the Securities Exchange Act of 1934, for Defendant Smart Powerr.

4. **THE COURT FURTHER FINDS** that neither Smart Powerrr, nor its transfer agent STC, have transferred the shares to Newbridge, despite the Amended Judgment and repeated requests to both Smart Powerr and STC to do so.

5. **THE COURT FURTHER FINDS** that the instant matter was initiated on June 6, 2023 and summons for Defendant Smart Powerr was issued on June 27, 2023.

6. **THE COURT FURTHER FINDS** that Defendant Smart Powerr received valid service of process through its REGISTERED AGENT on July 7, 2023.

7. **THE COURT FURTHER FINDS** that Newbridge filed with the Court the Affidavit of Service as to Defendant Smart Powerr on August 1, 2023.

8. **THE COURT FURTHER FINDS** that Defendant Smart Powerr has not filed its answer, motion, or responsive pleading within the 21-day time limit for responding, or at any time and Default against Smart Powerr was entered on August 30, 2023.

9. **THE COURT FURTHER FINDS** that, despite providing a copy of the Amended Judgment to STC, and repeated requests for the shares of CREG to be transferred to Newbridge and/or its assignees, STC has failed to transfer the shares as required by, *inter alia*, the Amended Judgment in the prior case and NRS 104.8407.

10. **THE COURT FURTHER FINDS** that Summons for Defendant STC was issued on June 27, 2023.

11. **THE COURT FURTHER FINDS** that Defendant STC received valid service of process through its REGISTERED AGENT on July 6, 2023.

12. **THE COURT FURTHER FINDS** that Newbridge filed with this Court the Affidavit of Service as to Defendant STC on August 1, 2023.

13. **THE COURT FURTHER FINDS** that Defendant STC has not filed its answer, motion, or responsive pleading within the 21-day time limit for responding, or at any time.

14. **THE COURT FURTHER FINDS** that Default was entered against Defendant STC on August 30, 2023.

15. **THE COURT FURTHER FINDS** that, as a result of the failure of Defendants to transfer the CREG shares, Plaintiff has been damaged and will continue to suffer damages for every day that the ordered transfer of shares is not performed.

16. **THE COURT FURTHER FINDS that Newbridge is entitled to assign shares to those individuals and/or entities set forth in its complaint.**

///

///

///

///

///

## **CONCLUSIONS OF LAW**

Newbridge is the owner of 71,684 shares of CREG pursuant to the Amended Judgment dated March 15, 2023.

Defendant STC is the alter ego of Defendant Smart Powerr based on the relationship between Smart Powerr as stock issuer and STC as Smart Powerr's transfer agent.

STC, as transfer agent and alter ego of Smart Powerr, has the same obligation to transfer or issue CREG shares that Smart Powerr has pursuant to NRS § 104.8704.

Defendant Smart Powerr failed to comply with the Amended Judgment after repeated demands for it to do so.

Defendant STC, as the alter ego of Smart Powerr, failed to comply with the Amended Judgment after repeated demands for it to do so.

Smart Powerr and/or STC must immediately transfer the 71,684 shares of CREG to Newbridge and/or its assignees.

## **ORDER AND JUDGMENT**

1. **IT IS THEREFORE ORDERED** that Newbridge's Application for Default Judgment against Defendants Smart Powerr Corporation, f/k/a China Recycling Energy Corporation, and Defendant Securities Transfer Corporation **[ECF No. 17] is GRANTED** in its entirety.

2. THE COURT FURTHER ORDERS that **Default Judgment is hereby entered** against Defendants Smart Powerr Corporation, f/k/a China Recycling Energy Corporation, and Defendant Securities Transfer Corporation as requested in Plaintiff's Application for Default Judgment.

3. **T**HE COURT FURTHER ORDERS that Defendant **Smart Powerr Corporation,** f/k/a China Recycling Energy Corporation, **must immediately transfer, or cause to be transferred, 71,684 shares of CREG to Plaintiff and/or its assignees**.

4. THE COURT FURTHER ORDERS that i**f Smart Powerr fails to abide by this order, Smart Powerr's agent and alter ego Defendant STC, must immediately transfer the 71,684 shares** of CREG to Plaintiff and/or its assignees.

5. THE COURT FURTHER ORDERS that **Newbridge may assign its shares** and therefore the shares awarded in the Amended Judgment shall be distributed as set forth by Newbridge, as follows[1]:

| Assignee | Shares |
|---|---|
| Constantino Gutierrez | 42,888 |
| Sandstone Group Corp. | 10,875 |
| Newbridge Securities Corp. | 17,558 |
| Bruce Jordan | 362 |

6. THE COURT FURTHER ORDERS that Plaintiff's Request for **declaratory relief is granted**, and the Court hereby Declares and affirms that STC is the Alter Ego of Smart Powerr and that it has the power to convey the shares to Plaintiff as awarded in the Judgment.

///

///

///

///

///

---

[1] Plaintiff must provide pertinent identifying/ account information of Assignees to Smart Powerr and/or STC as necessary upon entry of default judgment in this case to facilitate the stock transfer.

5

7.     THE COURT FURTHER ORDERS that Defendant Smart Powerr is **enjoined** from failing to transfer the stock pursuant to the Judgment against it (i.e. compelled to abide by the Judgment).

The Clerk of Court is directed to **CLOSE THIS CASE.**

Dated this 22nd day of September, 2023.       _____
U.S. District Judge Jennifer A. Dorsey
October 26, 2023

Respectfully submitted by:
FLANGAS CIVIL LAW FIRM, LTD

*/s/ Leo P. Flangas,*
Leo P. Flangas, Esq.
Nev. Bar No.: 5637
633 S. Fourth St., Ste. #2
Las Vegas, NV 89101
*Attorneys for Plaintiff*