AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Newbridge Securities Corporation

     Plaintiff,

v.

Smart Powerr Corp, et al.,

     Defendants.

DEFAULT
JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00895-JAD-DJA

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is hereby entered against Defendants Smart Powerr Corporation, f/k/a China Recycling Energy Corporation, and Defendant Securities Transfer Corporation and in favor of Plaintiff' Newbridge Securities Corporation. Case closed.

10/27/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ C. Torres  
Deputy Clerk