# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Newbridge Securities Corporation, | Case No.: 2:23-cv-00895-JAD-DJA |
| Plaintiff | |
| v. | **Order Vacating Order and Default Judgment** |
| Smart Powerr Corp fka China Recycling Energy Corporation; et al., | [ECF Nos. 19, 20, 22] |
| Defendants | |

On October 26, 2023, this court granted Plaintiff Newbridge Securities Corporation's motion for default judgment[1] and signed the order that Newbridge drafted and proposed.[2] A month later, Newbridge filed a motion to amend or set aside that order and vacate the judgment because it was improvidently sought.[3] So Newbridge requests various types of partial relief from the order that it drafted and the resulting default judgment.[4] Because Newbridge has demonstrated that the order and judgment are plagued with errors of its own creation, but because the myriad requests for various types of court action contained in that motion create a paperwork nightmare for the Clerk of Court to grant on a piecemeal basis,

IT IS ORDERED that Newbridge's motion for relief from the order and judgment **[ECF No. 22] is GRANTED in part.** To streamline this process and ensure that further errors do not result, IT IS ORDERED that **the order granting the motion for default judgment and the resulting judgment [ECF Nos. 19, 20] are VACATED and SET ASIDE in their entirety.** To

---

[1] ECF No. 17.
[2] ECF No. 19.
[3] ECF No. 22.
[4] *Id.*

obtain a default judgment in the alternative form that Newbridge now desires, Newbridge must file a new motion requesting such relief. Newbridge is reminded that, under Local Rule IC 2-2(b), a separate motion must be filed for each form of relief requested.

_____
U.S. District Judge Jennifer A. Dorsey
December 18, 2023